No. 05–8863.  FOSTER *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 05–8864.  GILL *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 05–8868.  CORLEY *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 05–8869.  CURRIE *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 05–8870.  HUONG MUESSIG *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 05–8871.  BARNBAUM *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 05–8872.  SMITH *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 05–8876.  DIAZ *v.* MCGUIRE.  C. A. 10th Cir.  Certiorari denied.

No. 05–8881.  BANWO *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 05–8885.  BROWN *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 05–8890.  TAVARES *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 05–8892.  WYMAN *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 05–8899.  DOMINGUEZ-BENAVIDES *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 05–8901.  CARR *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 05–8905.  HOLMES *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 05–8907.  GIDDENS *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.